UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>ALFREDO LIMON LOPEZ,<br><br>    Defendant. | Case No: CR 12-0753 SBA<br><br>**ORDER SCHEDULING HEARING** |

    IT IS HEREBY ORDERED THAT a hearing on the "Government's Appeal of Pretrial Release Order" (Dkt. 10) is scheduled for October 26, 2012 at 11:00 a.m.

    IT IS SO ORDERED.

Dated: 10/23/12

                                         _____
                                         SAUNDRA BROWN ARMSTRONG
                                         United States District Judge