UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>ALFREDO LIMON LOPEZ,<br><br>　　　　　Defendant. | Case No: CR 12-0753 SBA<br><br>**ORDER**<br><br>Docket 10 |

　　　The parties are presently before the Court on the United States' appeal of Magistrate Judge Kandis Westmore's Pretrial Release Order. Dkt. 10. On October 26, 2012, this Court held a hearing on the appeal. Dkt. 16. Assistant Federal Public Defender Angela Hansen appeared on behalf of Defendant Alfredo Limon Lopez, and Assistant United States Attorney Aaron Wegner appeared on behalf of the United States. Id. For the reasons stated on the record at the hearing, the United States' appeal is GRANTED. The Court orders that Defendant be detained pending trial.

　　　IT IS SO ORDERED.

Dated: 10/29/12

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　SAUNDRA BROWN ARMSTRONG
　　　　　　　　　　　　　　　　　　United States District Judge