ERIK BABCOCK (Cal. 172517)
LAW OFFICES OF ERIK BABCOCK
717 Washington St., 2d Floor
Oakland, CA 94607
(510) 452-8400 Tel
(510) 452-8405 Fax

Attorney for Defendant
ALFREDO LIMON-LOPEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.   CR 12-00753 SBA |
| Plaintiff, | |
| v. | **STIPULATION AND ~~PROPOSED~~ ORDER CONTINUING STATUS HEARING** |
| ALFREDO LIMON-LOPEZ, | |
| Defendant                           / | |

This matter is set for status on January 28, 2013.  The undersigned counsel was just

appointed last week to replace the Federal Public Defender.  Defense counsel is still getting

familiar with the discovery and needs time to meet with the defendant.  Defense counsel is also

in trial in state court in a 14 counts child molestation case and is unavailable for the status

conference set for January 28, 2013.  Counsel expects his trial to conclude sometime the week

beginning February 11, 2013.

It is therefore stipulated between the parties that the status conference set for January 28,

2013 may be continued to February 19, 2013.

It is further stipulated the ends of justice served by granting the requested continuance

outweigh the best interests of the public and defendant in a speedy trial. Therefore, the parties

Stipulation, United States v. Morrow

further stipulate and request that the Court exclude time between the date of this Stipulation and

February 19, 2013under the Speedy Trial Act for effective preparation of counsel and continuity

of defense counsel, and pursuant to 18 U.S.C. §§ 3161(h)(4) and (7)(B)(iv).

**SO STIPULATED**.

MELINDA HAAG

United States Attorney

DATED: January 24, 2013     By:    /S/Aaron Wegner
                                    AARON WEGNER
                                    Assistant United States Attorney

DATED: January 24, 2013     By:    /S/Erik Babcock
                                    ERIK BABCOCK
                                    Counsel for Defendant

**IT IS SO ORDERED**.

DATED:   1/25/13

Honorable Kandis A. Westmore
UNITED STATES MAGISTRATE JUDGE