MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

AARON D. WEGNER (CABN 243809)
Assistant United States Attorney

   1301 Clay St., 3rd Floor
   Oakland, California 94612
   Telephone: (510) 637-3740
   Fax: (510) 637-3724
   E-Mail: aaron.wegner@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 12-00753 SBA |
| Plaintiff, | ORDER AND STIPULATION FOR CONTINUANCE FROM JUNE 4, 2013 TO JUNE 25, 2013 AND EXCLUDING TIME FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A)) |
| v. | |
| ALFREDO LIMON-LOPEZ | |
| Defendant. | |

On May 30, 2013, the Court reset the Status/Trial Setting hearing in this matter for June 25, 2013. The hearing was previously scheduled for June 4, 2013. The parties have conferred and are in agreement that defense counsel needs additional time to review discovery in this matter and research legal and factual issues related to a possible defense.

Therefore, with the agreement of the parties, and with the consent of the defendant, the Court enters this order documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(b), from June 4, 2013 to June 25, 2013. The parties agree, and the Court finds and holds, as follows:

1. The defendant is currently in custody.

2. The defendant agrees to an exclusion of time under the Speedy Trial Act from

June 4, 2013 to June 25, 2013, based upon the need for effective preparation of counsel and to provide defense counsel an opportunity to research legal issues pertaining to the case. The defendant agrees to this exclusion on the condition that his right to bring motions claiming Speedy Trial Act violations prior to June 25, 2013, shall remain preserved.

    3. Counsel for the defense believes that the exclusion of time is in his client's best interest.

    4. Given these circumstances, the Court finds that the ends of justice served by excluding the period from June 4, 2013 to June 25, 2013, outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

    5. Accordingly, and with the consent of the defendant, the Court orders that the period from June 4, 2013 to June 25, 2013, shall be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

IT IS SO STIPULATED:

DATED: May 30, 2013            _____/s_____
                                        ERIK BABCOCK
                                        Attorney for Defendant

DATED: May 30, 2013            _____/s_____
                                        AARON D. WEGNER
                                        Assistant United States Attorney

IT IS SO ORDERED.

DATED:_5/31/13                _____
                                        HON. SAUNDRA B. ARMSTRONG
                                        United States District Judge